UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-68M |
| v. ) | (Case No. CR05-523 EDCA) |
| ) | |
| ROBERT FRANKLIN LOGAN, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:

Receipt or Distribution of Material Involving the Sexual Exploitation of Minors in violation of 18 U.S.C. § 2252(a)(2)

<u>Date of Detention Hearing</u>: February 14, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions will reasonably assure the safety of the community or the appearance of defendant as required.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) In the Pretrial Services Report dated February 14, 2006, it is alleged that defendant has violated the conditions of his pretrial release from the Eastern District of California.

(2) Defendant has stipulated to detention before the undersigned, but has reserved the

right to contest his continued detention upon his appearance in court in the Eastern District of California.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of February, 2006.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge